# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KINGFISH INVESTMENT, LLC,**
Appellant,

v.

**WAWA FLORIDA, LLC,**
Appellee.

No. 4D22-1406

[December 22, 2022]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502020CA014072XXXXMBAI.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Robert Rivas, Victor R. Berwin, and Joel D. Kenwood of Sachs Sax Caplan, PL, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***